**CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, L.L.C.**
A Professional Limited Liability Company
Counsellors At Law
The Law Center of Ocean County
9 Robbins Street
Toms River, New Jersey 08753
(732) 797-1600   Fax (732) 797-1690

Co-Counsel to Plaintiffs

RECEIVED
DEC 3 0 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARON ABECASSIS, *et al,.* | CIVIL ACTION NO.: 1:10-mc-00031-JBS |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF CO-COUNSEL** |
| ELIYAHU WEINSTEIN, *et al.*, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as co-counsel in the above entitled action on behalf of Plaintiffs.

Dated:   December 23, 2010

CARLUCCIO, LEONE, DIMON,
DOYLE & SACKS, L.L.C.
Co-Counsel to Plaintiffs

ROBERT L. GUTMAN, ESQ.