Robert L. Gutman, Esquire (0984)
**CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, L.L.C.**
A Professional Limited Liability Company
Counsellors At Law
The Law Center of Ocean County
9 Robbins Street
Toms River, New Jersey 08753
(732) 797-1600

Co-Counsel to Plaintiffs

<div align="center">

**UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| ARON ABECASSIS, *et al,*.<br><br>    Plaintiffs,<br><br>        v.<br><br>ELIYAHU WEINSTEIN, *et al.,*<br><br>    Defendants. | CIVIL ACTION NO.: 1:10-mc-00031-JBS<br><br>**PLAINTIFFS' NOTICE OF MOTION<br>FOR AN ORDER FOR CONTEMPT** |

**TO:**   RIVKA BICHLER a/k/a RIVKA WEINSTEIN
596 Seton Circle
Lakewood, New Jersey 08701-1525

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rules of Civil Procedure 37 and

upon the annexed Certification of Robert L. Gutman, Esq., Plaintiffs will move before the Court

on June 20, 2011 at 9:00 a.m. before the Honorable Jerome B. Simandle, U.S.D.J., at the United

States Courthouse 4th and Cooper Streets, Camden, New Jersey, Courtroom 4A, for an Order to

find Rivka Bichler a/k/a Rivka Weinstein in Contempt of Court for failure to obey a Court Order

requiring her to appear for a deposition.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, shall be served upon the undersigned in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of New Jersey.

Dated:   May 20, 2011

<div style="margin-left:50%">

**CARLUCCIO, LEONE, DIMON,
DOYLE & SACKS, L.L.C.**

Co-Counsel to Plaintiffs

s/          Robert L. Gutman
ROBERT L. GUTMAN, ESQ.

</div>