Robert L. Gutman, Esquire (0984)
**CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, L.L.C.**
A Professional Limited Liability Company
Counsellors At Law
The Law Center of Ocean County
9 Robbins Street
Toms River, New Jersey 08753
(732) 797-1600
Co-Counsel to Plaintiffs

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARON ABECASSIS, et al,.<br><br>Plaintiffs,<br><br>v.<br><br>ELIYAHU WEINSTEIN, et al.,<br><br>Defendants. | CIVIL ACTION NO.: 1:10-mc-00031-JBS<br><br>**STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN ACCORDANCE WITH L. CIV. R. 7.1(d)(4)** |

The within Notice of Motion requests the Court to Order Rivka Bichler a/k/a Rivka Weinstein in Contempt of Court on the grounds set forth in the accompanying Certification. Specifically, Rivka Bichler a/k/a Rivka Weinstein failed to comply with a Court Order that required her to appear for a Deposition, pursuant to Federal Rule of Civil Procedure 37(a). As the facts Plaintiffs rely upon, as set forth in the accompanying Certification, and the basis for relief do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion.

Dated: May 20, 2011

                                                **CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, L.L.C.**
                                                Co-Counsel to Plaintiffs

                                                s/       Robert L. Gutman
                                                ROBERT L. GUTMAN, ESQ.