# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARON ABECASSIS, KENNETH BEARD, ESTHER BLAICH, JACOB BLAICH, ROD DE LLANO, EDWARD FRIEDMAN, SAMUEL HART, ABBB INVESTMENTS, L.P., AFHHHV INVESTMENTS, L.P., AK2 PARTNERS, L.P., ARD2 INVESTMENTS, L.P., CLEON APARTMENTS, L.P. and CLEON2 APARTMENTS, L.P., <br><br>Plaintiffs, <br><br>v. <br><br>ELIYAHU WEINSTEIN a/k/a ELI WEINSTEIN and PINE PROJECTS, LLC, <br><br>Defendants. | CIVIL ACTION NO. 09-162 |

### STIPULATION OF JUDGMENT

Plaintiffs Aron Abecassis, Kenneth Beard, Esther Blaich, Jacob Blaich, Rod De Llano, Edward Friedman, Samuel Hart, ABBB Investments, L.P., AFHHHV Investments, L.P., AK2 Partners, L.P., ARD2 Investments, L.P., Cleon Apartments, L.P. and CLEON2 Apartments, L.P and defendants Eliyahu Weinstein a/k/a Eli Weinstein and Pine Projects, LLC STIPULATE and AGREE that Judgment is hereby entered in favor of plaintiffs Aron Abecassis, Kenneth Beard, Esther Blaich, Jacob Blaich, Rod De Llano, Edward Friedman, Samuel Hart, ABBB Investments, L.P., AFHHHV Investments, L.P., AK2 Partners, L.P., ARD2 Investments, L.P., Cleon Apartments, L.P. and CLEON2 Apartments, L.P and against defendants Eliyahu Weinstein a/k/a Eli Weinstein and Pine Projects, LLC, jointly and severally, in the amount of $44,109,731.12, together with interest from July 1, 2008, at the per diem rate of $15,098.74, until the principal portion ($36,034,000.00) of the Judgment is paid.

_____
ARON ABECASSIS

_____
KENNETH BEARD

_____
ESTHER BLAICH

_____
JACOB BLAICH

_____
ROD DE LLANO

_____
EDWARD FREEDMAN

_____
SAMUEL HART

ABBB INVESTMENTS, LP
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By _____
ARON ABECASSIS, Authorized Representative

AFHHHV INVESTMENTS, L.P.
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By _____
ARON ABECASSIS, Authorized Representative

2

---

ARON ABECASSIS

---

KENNETH BEARD
*[signature]*

---

ESTHER BLAICH
*[signature]*

---

JACOB BLAICH

---

ROD DE LLANO

---

EDWARD FRIEDMAN

---

SAMUEL HART

ABBB INVESTMENTS, LP
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By_____
ARON ABECASSIS, Authorized Representative

AFHHHV INVESTMENTS, L.P.
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By_____
ARON ABECASSIS, Authorized Representative

2

_____
ARON ABECASSIS

_____
KENNETH BEARD

_____
ESTHER BLAICH

_____
JACOB BLAICH

_____
ROD DE LLANO

_____
EDWARD FRIEDMAN

_____
SAMUEL HART

ABBB INVESTMENTS, LP
a California limited partnership

By Abecassis Enterprises, LLC.
A California limited liability company, General Partner

By_____
    ARON ABECASSIS, Authorized Representative

AFHHHV INVESTMENTS, L.P.
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By_____
    ARON ABECASSIS, Authorized Representative

2

_____
ARON ABECASSIS

_/s/ Kenneth Beard_____
KENNETH BEARD

_____
ESTHER BLAICH

_____
JACOB BLAICH

_____
ROD DE LLANO

_____
EDWARD FRIEDMAN

_____
SAMUEL HART

ABBB INVESTMENTS, LP
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By_____
ARON ABECASSIS, Authorized Representative

AFHHHV INVESTMENTS, L.P.
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By_____
ARON ABECASSIS, Authorized Representative

2

AK2 PARTNERS, L.P.
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By _____
ARON ABECASSIS, Authorized Representative

ARD2 INVESTMENTS, L.P.
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By _____
ARON ABECASSIS, Authorized Representative

CLEON APARTMENTS, L.P.
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By _____
ARON ABECASSIS, Authorized Representative

CLEON2 APARTMENTS, L.P.
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By _____
ARON ABECASSIS, Authorized Representative

3


ELIYAHU WEINSTEIN a/k/a ELI WEINSTEIN

PINE PROJECTS, LLC

By: _____
ELIYAHU WEINSTEIN a/k/a ELI WEINSTEIN, Authorized Representative

M066163z

4

SO ORDERED this 15th day of April, 2009.

*[signature]*
SUE L. ROBINSON, J.