EXHIBIT B

Case 1:10-mc-00031-JBS   Document 1   Filed 02/02/10   Page 1 of 11 PageID: 1

# ECKERT SEAMANS

Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102

Tel 215 851 8400
Fax 215 851 8383
www.eckertseamans.com

Elizabeth A. Weill, Esquire
Direct: (215) 851-8527
eweill@eckertseamans.com

February 1, 2010

**Via Hand Delivery**

United States District Court for the District of NJ
4th and Cooper Street
Room 1050
Camden, NJ 08101-2797

10mc31 (JBS)

Re: Aron Abecassis et al. v. Eliyahu Weinstein,
a/k/a Eli Weinstein and Pine Projects, LLC.
Civil Action No. 09-CV-62 (D. Del.)
Our File No.: 297627-00001

Dear Sir/Madam:

Enclosed for filing is a certified copy of the Judgment entered on March 12, 2009, in the United States District Court for the District of Delaware, in favor of plaintiffs and against defendants Eliyahu Weinstein a/k/a Eli Weinstein and Pine Projects, LLC, in the amount of $44,109,731.12. I have also enclosed a completed AO 451 Form; a check in the amount of $39.00 for court costs; and a self-addressed stamped envelope.

Please file the certified copy of the Judgment; time-stamp the enclosed duplicate copies; and return the time-stamped copies to me in the enclosed, self-addressed stamped envelope.

Thank you for your assistance.

Very truly yours,

Elizabeth A. Weill

EAW/am
Enclosure

M0790717

*[Received stamp: 2010 FEB -1 P 12:45  WILLIAM T. WALSH, CLERK  U.S. DISTRICT COURT  RECEIVED]*

PHILADELPHIA, PA   PITTSBURGH, PA   HARRISBURG, PA   BOSTON, MA   WASHINGTON, DC   WILMINGTON, DE
MORGANTOWN, WV   SOUTHPOINTE, PA   WHITE PLAINS, NY

AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### District of Delaware

| | | |
|---|---|---|
| Abecassis et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 09-62 |
| Weinstein et al | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __Mar 12, 2009__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: __Jan 21, 2010__

*CLERK OF COURT*

Kristen Ruggles

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARON ABECASSIS, KENNETH BEARD, ESTHER BLAICH, JACOB BLAICH, ROD DE LLANO, EDWARD FRIEDMAN, SAMUEL HART, ABBB INVESTMENTS, L.P., AFHHHV INVESTMENTS, L.P., AK2 PARTNERS, L.P., ARD2 INVESTMENTS, L.P., CLEON APARTMENTS, L.P. and CLEON2 APARTMENTS, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ELIYAHU WEINSTEIN a/k/a ELI WEINSTEIN and PINE PROJECTS, LLC, <br><br> Defendants. | CIVIL ACTION NO. 09-62 |

### STIPULATION OF JUDGMENT

Plaintiffs Aron Abecassis, Kenneth Beard, Esther Blaich, Jacob Blaich, Rod De Llano, Edward Friedman, Samuel Hart, ABBB Investments, L.P., AFHHHV Investments, L.P., AK2 Partners, L.P., ARD2 Investments, L.P., Cleon Apartments, L.P. and CLEON2 Apartments, L.P and defendants Eliyahu Weinstein a/k/a Eli Weinstein and Pine Projects, LLC STIPULATE and AGREE that Judgment is hereby entered in favor of plaintiffs Aron Abecassis, Kenneth Beard, Esther Blaich, Jacob Blaich, Rod De Llano, Edward Friedman, Samuel Hart, ABBB Investments, L.P., AFHHHV Investments, L.P., AK2 Partners, L.P., ARD2 Investments, L.P., Cleon Apartments, L.P. and CLEON2 Apartments, L.P and against defendants Eliyahu Weinstein a/k/a Eli Weinstein and Pine Projects, LLC, jointly and severally, in the amount of $44,109,731.12, together with interest from July 1, 2008, at the per diem rate of $15,098.74, until the principal portion ($36,034,000.00) of the Judgment is paid.

_____
ARON ABECASSIS

_____
KENNETH BEARD

_____
ESTHER BLAICH

_____
JACOB BLAICH

_____
ROD DE LLANO

_____
EDWARD FRIEDMAN

_____
SAMUEL HART

ABBB INVESTMENTS, LP
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By_____
ARON ABECASSIS, Authorized
Representative

AFHEHV INVESTMENTS, L.P.
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By_____
ARON ABECASSIS, Authorized
Representative

2

_____
ARON ABECASSIS

_____
KENNETH BEARD

_____
ESTHER BLAICH

_/s/ Jacob Blaich_____
JACOB BLAICH

_____
ROD DE LLANO

_____
EDWARD FRIEDMAN

_____
SAMUEL HART

ABBB INVESTMENTS, LP
a California limited partnership

By Abecassis Enterprises, LLC -
A California limited liability com-
pany, General Partner

By_____
ARON ABECASSIS, Authorized
Representative

AFHHHV INVESTMENTS, L.P.
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability com-
pany, General Partner

By_____
ARON ABECASSIS, Authorized
Representative

2

_____
ARON ABECASSIS

_Kenneth Beard_ (signature)
_____
KENNETH BEARD

_____
ESTHER BLAICH

_____
JACOB BLAICH

_____
ROD DE LEANO

_____
EDWARD FRIEDMAN

_____
SAMUEL HART

ABBB INVESTMENTS, LP
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By_____
ARON ABECASSIS, Authorized Representative

AFHHHV INVESTMENTS, L.P.
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By_____
ARON ABECASSIS, Authorized Representative

2

AR2 PARTNERS, L.P.
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By _____
ARON ABECASSIS, Authorized Representative

ARD2 INVESTMENTS, L.P.
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By _____
ARON ABECASSIS, Authorized Representative

CLEON APARTMENTS, L.P.
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By _____
ARON ABECASSIS, Authorized Representative

CLEON2 APARTMENTS, L.P.
a California limited partnership

By Abecassis Enterprises, LLC
A California limited liability company, General Partner

By _____
ARON ABECASSIS, Authorized Representative

3

Case 1:10-mc-00031-JBS   Document 1   Filed 02/02/10   Page 8 of 11 PageID: 8

ELIYAHU WEINSTEIN a/k/a ELI WEINSTEIN

PINE PROJECTS, LLC

By ELIYAHU WEINSTEIN a/k/a ELI WEINSTEIN, Authorized Representative

4

SO ORDERED this 15th day of April, 2009.



SUE L. ROBINSON, J.

Case 1:10-mc-00031-JBS   Document 1   Filed 02/02/10   Page 10 of 11 PageID: 10

### CERTIFICATE OF SERVICE

I, Margaret F. England, Esquire, hereby certify that on this 11th day of March, 2009, I caused copies of the foregoing *Stipulation of Judgment* to be served upon the following parties via

United States First Class Mail, postage prepaid:

ELIYAHU WEINSTEIN a/k/a ELI WEINSTEIN
596 Seton Circle
Lakewood, NJ 08701-1525

PINE PROJECTS, LLC
805 Cross Street
Building 2, Suite 6
Lakewood, NJ 08701

ECKERT SEAMANS CHERIN
& MELLOTT, LLC

*/s/ Margaret F. England*

Margaret F. England (Bar No. 4245)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
(302) 425-0430
(302) 425-0432 (fax)

Dated: March 11, 2009

CERTIFIED: 1/4/10
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
Deputy Clerk

U0021177

