# EXHIBIT D

NJ Archangel
P.O. Box 1915
Brick, NJ 08723
Phone: (732) 458-8202
Fax: (732) 458-8256
26-3313458

# INVOICE

Invoice #2011000121
1/10/2011



*ORIG*

*Affg Svc Attached*

CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, LLC
9 Robbins St
Toms River, NJ 08753

Reference Number: 1:10MC-00031-JBS

Case Number: XXXX 1:10MC-00031-JBS

Plaintiff:
**ARON ABECASSIS ET AL**

Defendant:
**ELIYAHU WEINSTEIN ET AL**

Received: 1/6/2011   Served: 1/9/2011 6:15 pm   INDIVIDUAL/PERSONAL
To be served on: RIVKA BICHLER A/K/A RIVKA WEINSTEIN

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide) | 1.00 | 45.00 | 45.00 |
| ATTENDANCE FEE | 1.00 | 40.00 | 40.00 |
| **TOTAL CHARGED:** | | | **$85.00** |
| **BALANCE DUE:** | | | **$85.00** |

Comments pertaining to this invoice:
RIVKA BICHLER A/K/A RIVKA WEINSTEIN, 596 SETON CIRCLE, LAKEWOOD, NJ 08701

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## XXXX District of NEW JERSEY

Case Number: 1:10MC-00031-JBS

Plaintiff:
ARON ABECASSIS ET AL

vs.

Defendant:
ELIYAHU WEINSTEIN ET AL

For:
Robert Gutman, Esq
CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, LLC
9 Robbins St
Toms River, NJ 08753

Received by NJ Archangel on the 6th day of January, 2011 at 4:24 pm to be served on RIVKA BICHLER A/K/A RIVKA WEINSTEIN, 596 SETON CIRCLE, LAKEWOOD, NJ 08701.

I, Paul Sherman, being duly sworn, depose and say that on the 9th day of January, 2011 at 6:15 pm, I

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the SUBPOENA with the date and hour of service endorsed thereon by me, to: RIVKA WEINSTEIN at the address of: 596 SETON CIRCLE, LAKEWOOD, NJ 08701, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'2, Weight: 160, Hair: Black, Glasses: Y

Subscribed and Sworn to before me on the 10th day of January, 2011 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

JANET B. POMPE.
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 2/16/2015

_____
Paul Sherman
Process Server

NJ Archangel
P.O. Box 1915
Brick, NJ 08723
(732) 458-8202

Our Job Serial Number: 2011000121
Ref: 1:10MC-00031-JBS

Copyright © 1992-2009 Database Services, Inc - Process Server's Toolbox V6.3r