# EXHIBIT E

1

```
 1           UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
 2           CIVIL ACTION NO. 1:10-mc-00031-JBS

 3   ------------------------------------
 4   ARON ABECASSIS, ET AL,

 5           Plaintiff,

 6   vs.

 7   ELIYAHU WEINSTEIN, ET AL,

 8           Defendant.
     ------------------------------------
 9

10

11       BEFORE LINDA SULLIVAN-HILL, a Certified Court

12   Reporter, Certificate No. 1367, Notary Public of the

13   State of New Jersey, at the offices of CARLUCCIO,

14   LEONE, DIMON, DOYLE & SACKS, ESQS., 9 Robbins Street,

15   Toms River, New Jersey  08754 on Thursday, January 27,

16   2011, commencing at 11:04 a.m., pursuant to notice.

17

18

19

20

21

22

23   -------------------------------------------------------
                  LINDA SULLIVAN-HILL & ASSOCIATES
24                  CERTIFIED COURT REPORTERS
                      46 SOUTH LAKEVIEW DRIVE
25                 JACKSON, NEW JERSEY  08527
                         (732) 833-0001
```

```
                                                                    2

 1

 2  APPEARANCES:

 3          CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, ESQS.
            9 Robbins Street
 4          Toms River, New Jersey  08754
            BY:  ROBERT L. GUTMAN, ESQ.
 5          Attorneys for the Plaintiff

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          MR. GUTMAN: We're here this morning,
2  it's 11:04, to take the supplemental proceeding of
3  Rivka Bichler, B-i-c-h-l-e-r, also known as
4  Mrs. Rivka Weinstein, the wife of the defendant in
5  this matter, Eliyahu Weinstein.
6          This was a supplemental proceeding to
7  be taken in accordance with a subpoena that was
8  served on Ms. Bichler and it's being taken under the
9  Federal Rule of Civil Procedure 69(2) and New Jersey
10 Civil Practice Rule 4:59-1(e).
11         This deposition was scheduled to take
12 place at ten o'clock. I have not received any
13 communication from Ms. Bichler either by herself or
14 through her counsel prior to this deposition at any
15 time as to whether she was going to attend. It is
16 now in excess of an hour from the time of the
17 scheduling of the deposition and she has not
18 appeared.
19         We will at this point file the
20 appropriate motion with the U.S. District Court to
21 compel Ms. Bichler's attendance, as well as seek
22 fees and costs for her nonattendance today.
23         Also, we had scheduled this afternoon
24 at two p.m. the deposition of Sandra Z. Brown. We
25 had received, prior to the deposition, on

4

1  January 17, correspondence from her attorney,
2  Michael Botton, B-o-t-t-o-n, advising of her
3  unavailability on this date. I have attempted to
4  communicate with Mr. Botton by telephone to
5  coordinate a new date for the deposition. I've yet
6  to hear from him. I'm writing him a letter and,
7  hopefully, we will be able to reschedule the
8  deposition for a different time. That's all. Thank
9  you.
10              (Statement concluded.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

5

```
 1
 2                  C E R T I F I C A T E
 3
 4            I, LINDA SULLIVAN-HILL, a Notary
 5   Public and Certified Court Reporter of the State of
 6   New Jersey, do hereby certify that the foregoing  is
 7   a true and accurate transcript of the proceedings as
 8   taken stenographically by and before me at the time,
 9   place and on the date hereinbefore set forth.
10
11
12                          _____
                                 Linda Sullivan-Hill
13                         Notary Public of the State of New Jersey
14                         My Commission expires   January 26, 2016
15
16
     Dated: January 28, 2011
17
18
19
20
21
22
23
24
25
```