**EXHIBIT F**

Robert L. Gutman, Esquire (0984)
**CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, L.L.C.**
A Professional Limited Liability Company
Counsellors At Law
The Law Center of Ocean County
9 Robbins Street
Toms River, New Jersey 08753
(732) 797-1600 Fax (732) 797-1690

Co-Counsel to Plaintiffs

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARON ABECASSIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELIYAHU WEINSTEIN, et al., <br><br> Defendants. | CIVIL ACTION NO.: 1:10-mc-00031-JBS <br><br> **ORDER COMPELLING RIVKA BICHLER a/k/a RIVKA WEINSTEIN TO APPEAR FOR DEPOSITION** |

**THIS MATTER** being opened to the Court by CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, L.L.C., Co-Counsel for Plaintiffs,

**IT IS ON THIS** 25th day of April 2011,

**ORDERED** that Rivka Bichler a/k/a Rivka Weinstein is hereby compelled to appear for a deposition in this matter on May 12, 2011, at 10:00 a.m., at the law offices of **Carluccio, Leone, Dimon, Doyle & Sacks L.L.C.** located at **9 Robbins Street, Toms River, New Jersey** and that she produce at the time and place aforesaid all of the documents identified in the attached Schedule A;

**IT IS THE FINDING OF THE COURT** that Rivka Bichler a/k/a Rivka Weinstein having been properly served with a Subpoena to Take Supplemental Proceeding in Accordance with Federal Rule of Civil Procedure 69(2) and New Jersey Civil Practice Rule 4:59-1(e), failed

to object to the Subpoena and/or appear for the previously scheduled deposition, on January 27, 2011, at 10:00 a.m., at the offices of Carluccio, Leone, Dimon, Doyle & Sacks, L.L.C., located at 9 Robbins Street, Toms River, New Jersey;

**IT IS FURTHER ORDERED** that, should Rivka Bichler a/k/a Rivka Weinstein again fail to appear for the deposition herein ordered above, Rivka Bichler a/k/a Rivka Weinstein shall be subject to sanctions, including, but not limited to, attorneys' fees, costs and filing fees, in accordance with Federal Rule of Civil Procedure 37(b) and Federal Rule of Civil Procedure 45(e);

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on all parties and Rivka Bichler a/k/a Rivka Weinstein within seven (7) days.

*[signature]*
Jerome B. Simandle, U.S.D.J.

# SCHEDULE "A"

The originals, if available, or if unavailable, genuine copies, of the following documents in your possession, custody, or control are to be produced at or prior to the examination.

1. All joint or individual federal, state and local tax returns filed for the years 2003, 2004, 2005, 2006, 2007, 2008 and 2009, and any work papers relating thereto for Eliyahu Weinstein and/or Pine Projects, LLC.

2. All financial statements, whether certified or not, concerning or relating to Eliyahu Weinstein, directly or indirectly, and/or Pine Projects, LLC.

3. All statements concerning Eliyahu Weinstein and/or Pine Projects, LLC that were issued in the past six (6) years concerning any domestic, off-shore or foreign (a) bank accounts, including but not limited to savings, checking, N.O.W. or money management accounts; (b) brokerage, trading, precious metals, margin or securities accounts; (c) mutual fund accounts; (d) money market accounts; (e) retirement accounts or pension funds, including but not limited to IRA, 401-K and Keogh accounts; and (f) any other investment accounts or asset in which Eliyahu Weinstein has or had an interest, direct or beneficial or which are or were controlled by Eliyahu Weinstein, directly or indirectly.

4. Documents reflecting or evidencing any and all debts, partnership distributions, dividends, profits, receivables or other monies, payments or consideration due to Pine Projects, LLC and/or Eliyahu Weinstein, directly or indirectly, or on his behalf, or to become due to him, in whole or in part, and any pledge, assignment, sale, transfer or other disposition of same in the last ten (10) years.

5. To the extent not included in any item above, documents evidencing or reflecting any and all present or future assets or interests of Eliyahu Weinstein, and/or Pine Projects, LLC, owned directly or indirectly, in whole or in part, which are either vested or contingent, in any real or personal property, policy, will, trust, or estate.

6. All documents evidencing or reflecting any and all sales, conveyances, transfers, pledges, assignments or other disposition by Eliyahu Weinstein and/or Pine Projects, LLC within the last six (6) years, directly or indirectly, of all or any part of any real or personal property (including but not limited to any interests in any partnership, corporation, joint venture, or other business association) in which he had any interest (whether or not he or it retains any interest therein).

7. All checks issued or drawn and wire transfers by Eliyahu Weinstein and/or Pine Projects, LLC, directly or indirectly, in the face amount of $1,000.00 or more in 2003, 2004, 2005, 2006, 2007, 2008, 2009 and 2010.

8. To the extent not included in the above, all documents evidencing or reflecting any and/or all income, payments, receipts, dividends, capital gains, conveyances, or other consideration, taxable or non-taxable, received by Eliyahu Weinstein and or Pine Projects, LLC, or on his or its behalf, directly or indirectly, during the years 2003, 2004, 2005, 2006, 2007, 2008, 2009 and 2010 including but not limited to W-2's and 1099's.

9. All documents evidencing or confirming any agreement, contract, or understanding for Eliyahu Weinstein and/or Pine Projects, LLC to receive, directly or indirectly, either presently or in the future, any salary, commissions or other form of compensation of any type.

10. All documents relating to or reflecting the sale, transfer, disposition, pledge, assignment, current location or relocation of any inventory, equipment, machinery, receivables, real or personal property or any and all other assets of Eliyahu Weinstein and/or Pine Projects, LLC, owned by him or it, either in whole or in part, directly or indirectly, within the last six (6) years.

11. All documents concerning the ownership and/or partnership interests (both general and limited) of Eliyahu Weinstein and/or Pine Projects, LLC, directly or indirectly, in any partnership, corporation or limited liability company, as well as documents concerning each entity's assets (including, but not limited to the past six (6) years' tax returns and K-1's; all partnership agreements and all amendments thereto; current partnership certificates, all shareholder agreements and all amendments thereto and all stock certificates).

12. All currency transaction reports filed with any company and/or the United States government for Eliyahu Weinstein and/or Pine Projects, LLC.

13. All deeds to real property in which Eliyahu Weinstein and/or Pine Projects, LLC has an interest, directly or indirectly.

14. Appraisals of all real property in which Eliyahu Weinstein has an interest, directly or indirectly.

15. To the extent not otherwise requested, schedules of all other real and personal property/assets of Eliyahu Weinstein and/or Pine Projects, LLC, owned either in whole or in part, directly or indirectly, and their locations, including but not limited to all goods, chattels, debts or loans due or to become due to Eliyahu Weinstein and/or Pine Projects, LLC, accounts receivable, cash on hand, amount of all bank accounts and

checking accounts, works of art, Judaica, jewelry, real estate or goods and chattels. stock in any corporation, a designation as to the amount of capitalization and whether same has been paid, vehicles, machinery and equipment.

16. A schedule of all present assets and liabilities of Eliyahu Weinstein and/or Pine Projects, LLC, and any and all such schedules prepared in the past five (5) years.

17. A schedule containing the names and addresses of all officers of businesses owned or controlled by Eliyahu Weinstein, directly or indirectly.

18. A schedule containing the names and addresses of all directors of businesses owned or controlled by Eliyahu Weinstein, directly or indirectly.

19. A schedule containing the names and addresses of all shareholders of businesses involving Eliyahu Weinstein, directly or indirectly, including the amount of shares held by each shareholder.

20. Certificate of Incorporation, Bylaws, Shareholders Agreements, and Voting Agreements of businesses involving Eliyahu Weinstein, directly or indirectly.

21. The Corporate Book and Stock Records including all Resolutions, minutes of meetings of Investors and Shareholders for the past five (5) years of businesses involving Eliyahu Weinstein, directly or indirectly.

22. Any documents reflecting the sale or transfer of any real property to Rivka Bichler a/k/a Rivka Weinstein, her children, or any of her family members.

23. Any documents reflecting the sale or transfer of personal property (including but not limited to cash, stocks, bonds, etc.) Rivka Bichler a/k/a Rivka Weinstein, her children, or any of her family members.

24. Documents relating to any assets and/or any real or personal property currently owned by Rivka Bichler a/k/a Rivka Weinstein, in whole or in part, directly or indirectly, which, at any time in the past, previously had been owned by Eliyahu Weinstein and/or Pine Projects, LLC, in whole or in part, directly or indirectly.

25. Documents relating to any assets and/or any real or personal property purchased in or transferred to Israel or any other country, by Rivka Bichler a/k/a Rivka Weinstein and/or Eliyahu Weinstein and/or Pine Projects, LLC, directly or indirectly, during the past five (5) years.

26. Documents relating to any assets and/or any real or personal property owned or controlled by Rivka Bichler a/k/a Rivka Weinstein and/or Eliyahu Weinstein and/or Pine Projects LLC, anywhere in the world, which are titled in the name of some other person or entity.

27. Any documents reflecting payments made by Rivka Bichler a/k/a Rivka Weinstein, for the benefit of, or on behalf of Eliyahu Weinstein and/or Pine Projects, LLC.

28. Any documents reflecting payments made by Eliyahu Weinstein and/or Pine Projects, LLC to, for the benefit of, or on the behalf of Rivka Bichler a/k/a Rivka Weinstein, her children, or any of her family members.