# EXHIBIT G

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## XXXX District of NEW JERSEY

Case Number: 1:10MC-00031-JBS

Plaintiff:
ARON ABECASSIS ET AL

vs.

Defendant:
ELIYAHU WEINSTEIN ET AL

For:
Robert Gutman, Esq
CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, LLC
9 Robbins St
Toms River, NJ 08753

Received by NJ Archangel on the 26th day of April, 2011 at 1:36 pm to be served on RIVKA BICHLER A/K/A RIVKA WEINSTEIN, 596 SETON CIRCLE, LAKEWOOD, NJ 08701.

I, Martin Ebert, being duly sworn, depose and say that on the 28th day of April, 2011 at 4:58 pm, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Order Compelling Rivka Bichler a/k/a Rivka Weinstein to appear for depostion with schedule "a"** with the date and hour of service endorsed thereon by me, to: RIVKA BICHLER A/K/A RIVKA WEINSTEIN at the address of: **596 SETON CIRCLE, LAKEWOOD, NJ 08701**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description of Person Served:** Age: 40, Sex: F, Race/Skin Color: White, Height: 5'5, Weight: 160, Hair: Covered, Glasses: X

Martin Ebert
Process Server

Subscribed and Sworn to before me on the 29th day of April, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

KRISTY L. EBERT
I.D. # 2393108
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 2/4/2015

NJ Archangel
P.O. Box 1915
Brick, NJ 08723
(732) 458-8202

Our Job Serial Number: 2011001143
Ref: 1:10MC-00031-JBS

© 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3r