# EXHIBIT H

```
                                                                  1

 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
 2           CIVIL ACTION NO. 1:10-mc-00031-JBS

 3       ------------------------------------

 4  ARON ABECASSIS, ET AL,

 5              Plaintiff,

 6  vs.

 7  ELIYAHU WEINSTEIN, ET AL,

 8              Defendant.                       COPY
         ------------------------------------
 9

10

11     BEFORE LINDA SULLIVAN-HILL, a Certified Court

12  Reporter, Certificate No. 1367, Notary Public of the

13  State of New Jersey, at the offices of CARLUCCIO,

14  LEONE, DIMON, DOYLE & SACKS, ESQS., 9 Robbins Street,

15  Toms River, New Jersey  08754 on Thursday, May 12,

16  2011, commencing at 11:04 a.m., pursuant to notice.

17

18

19

20

21

22

23  ------------------------------------------------------
              LINDA SULLIVAN-HILL & ASSOCIATES
24               CERTIFIED COURT REPORTERS
                  46 SOUTH LAKEVIEW DRIVE
25              JACKSON, NEW JERSEY  08527
                      (732) 833-0001
```

2

```
 1
 2  APPEARANCES:
 3          CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, ESQS.
            9 Robbins Street
 4          Toms River, New Jersey  08754
            BY:  ROBERT L. GUTMAN, ESQ.
 5          Attorneys for the Plaintiff
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

3

1          MR. GUTMAN:  We're here this morning
2 to take the deposition of Rivka Bichler, also known
3 as Rivka Weinstein, the wife of Eliyaha Weinstein,
4 who is a defendant in this matter.  We're here by
5 way of an order compelling Ms. Bichler's appearance,
6 dated April 25, 2011, by the Honorable Jerome B.
7 Simandle, United States District Court Judge.  The
8 deposition was to occur this morning at 10 a.m.
9          It is now after 11 a.m., over an hour
10 since the scheduled time for the deposition and Ms.
11 Bichler has not attended.  I have not received any
12 notice from Ms. Bichler personally or by an attorney
13 or representative on her behalf as to her
14 nonattendance today.  Ms. Bichler was served with a
15 copy of the court order personally by way of private
16 process server.  As a result of her nonappearance,
17 we will seek the appropriate relief from the court.
18 Thank you.
19          (Statement concluded.)
20
21
22
23
24
25

4

```
 1
 2                    C E R T I F I C A T E
 3
 4            I, LINDA SULLIVAN-HILL, a Notary
 5   Public and Certified Court Reporter of the State of
 6   New Jersey, do hereby certify that the foregoing  is
 7   a true and accurate transcript of the proceedings as
 8   taken stenographically by and before me at the time,
 9   place and on the date hereinbefore set forth.
10
11
                        Linda Sullivan-Hill
12   _____
13   Notary Public of the State of New Jersey
14    My Commission expires   January 26, 2016
15
16
     Dated: May 17, 2011
17
18
19
20
21
22
23
24
25
```