# EXHIBIT I

Robert L. Gutman, Esquire (0984)
**CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, L.L.C.**
A Professional Limited Liability Company
Counsellors At Law
The Law Center of Ocean County
9 Robbins Street
Toms River, New Jersey 08753
(732) 797-1600

Co-Counsel to Plaintiffs

**UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARON ABECASSIS, *et al,.*<br><br>Plaintiffs,<br><br>v.<br><br>ELIYAHU WEINSTEIN, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.: 1:10-mc-00031-JBS<br><br>**CERTIFICATION OF SERVICES** |

I, ROBERT L. GUTMAN, of full age, do hereby certify and say:

1. I am an attorney at law of the State of New Jersey and a partner in the law firm of Carluccio, Leone, Dimon, Doyle & Sacks, L.L.C., Co-Counsel for Plaintiffs in the within matter. In this capacity, I am authorized to make the within Certification on behalf of Plaintiffs in this case.

2. This Certification of Services is made in support of Plaintiffs' Motion to hold Rivka Bichler a/k/a Rivka Weinstein in Contempt of Court for failure to comply with a Court Order, pursuant to the Federal Rules of Civil Procedure 37(b)(2)(A)(viii).

3. My hourly rate is $340.00 and I spent one (1) hour to prepare for the deposition of Bichler and one (1) hour for attendance at the deposition for a total of $680.00.

4. The cost of our court-reporter for the deposition was $125.00.

1

5. My associate, Christopher J. Dasti, Esq.'s hourly rate is $200.00 and he spent two (2) hours to prepare the subject motion for a total of $400.00.

6. Plaintiffs request the Court treat Bichler's failure to appear as contempt of court pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(viii) and Order Bichler pay Plaintiffs' fees and costs in the amount of $1,205.00.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by are willfully false, I am subject to punishment.

Dated: May 20, 2011

CARLUCCIO, LEONE, DIMON,
DOYLE & SACKS, L.L.C.

Co-Counsel to Plaintiffs

s/   Robert L. Gutman
ROBERT L. GUTMAN