# EXHIBIT J

# Linda Sullivan-Hill & Associates

Certified Court Reporters
46 South Lakeview Drive
Jackson, New Jersey 08527
(732)-833-0001 Tax ID #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

Invoice

Number: 3756
Date: 5/16/2011

Bill To:

Carluccio, Leone, Dimon, Doyle & Sacks
9 Robbins Street
Toms River, NJ, 08754

| Attorney | Court Reporter |
|---|---|
| R. Gutman | LSH |

| Date | Description | Pages | Rate | Amount |
|---|---|---|---|---|
| 5-12-11 | re: Abecassis v Weinstein | | | |
| | Attendance of CSR in Toms River with statement | 1.00 | $125.00 | $125.00 |

Total $125.00

Witness did not show