Robert L. Gutman, Esquire (0984)
**CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, L.L.C.**
A Professional Limited Liability Company
Counsellors At Law
The Law Center of Ocean County
9 Robbins Street
Toms River, New Jersey 08753
(732) 797-1600 Fax (732) 797-1690

Co-Counsel to Plaintiffs

**UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARON ABECASSIS, *et al,*. <br><br> Plaintiffs, <br><br> v. <br><br> ELIYAHU WEINSTEIN, *et al.*, <br><br> Defendants. | CIVIL ACTION NO.: 1:10-mc-00031-JBS <br><br> **ORDER FINDING RIVKA BICHLER a/k/a RIVKA WEINSTEIN IN CONTEMPT OF COURT FOR HER FAILURE TO COMPLY WITH COURT ORDER** |

**THIS MATTER** being opened to the Court by CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, L.L.C., Co-Counsel for Plaintiffs,

**IT IS ON THIS** ___ day of June 2011,

**ORDERED** that Rivka Bichler a/k/a Rivka Weinstein is hereby found in Contempt of Court for her failure to comply with a Court Order requiring her to appear for a Deposition on May 12, 2011 at 10:00 a.m. at the law offices of Carluccio, Leone, Dimon, Doyle & Sacks, L.L.C.

**IT IS FURTHER ORDERED** that Rivka Bichler a/k/a Rivka Weinstein shall Plaintiffs' attorneys' fees, costs and filing fees, in accordance with Federal Rule of Civil Procedure 37(b) and Federal Rule of Civil Procedure 45(e) in the amount of $_____ .

**IT IS FURTHER ORDERED** that a Warrant for Arrest be issued by the Court to the United States Marshal Service for the Arrest of Rivka Bichler a/k/a Rivka Weinstein.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on all parties and Rivka Bichler a/k/a Rivka Weinstein within seven (7) days.

_____
Jerome B. Simandle, U.S.D.J.