IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARON ABECASSIS, et al., | Misc. No. 10-31 (JBS) |
| Plaintiffs, | |
| v. | ORDER FINDING RIVKA BICHLER a/k/a RIVKA WEINSTEIN IN CONTEMPT OF COURT FOR HER FAILURE TO COMPLY WITH COURT ORDER |
| ELIYAHU WEINSTEIN, et al., | |
| Defendants. | |

This matter being opened to the Court by CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, L.L.C., Co-Counsel for Plaintiffs;

IT IS this __**16th**__ day of **September, 2011** hereby

**ORDERED** that Rivka Bichler a/k/a Rivka Weinstein is hereby found in Contempt of Court for her failure to comply with a Court Order requiring her to appear for a Deposition on May 12, 2011 at 10:00 A.M. a the law offices of Carlucco, Leone, Dimon, Doyle & Sacks, L.L.C.

**IT IS FURTHER ORDERED** that Rivka Bichler a/k/a Rivka Weinstein shall pay Plaintiffs' attorneys' fees, costs, and filing fees, in accordance with Federal Rule of Civil Procedure 37(b) and Federal Rule of Civil Procedure 45(e) in the amount of **One Thousand Two Hundred Five Dollars ($1,205.00)**, to be paid not later than October 3, 2011; and

**IT IS FURTHER ORDERED** that a Warrant for Arrest be issued by the Court to the United States Marshal Service for the Arrest of

Rivka Bichler a/k/a Rivka Weinstein; the execution of this arrest warrant will be temporarily stayed until October 3, 2011, and will be cancelled if Rivka Bichler a/k/a Rivka Weinstein personally contacts attorney Robert L. Gutman, Esquire at 732-797-1600, and arranges to appear for her deposition at Mr. Gutman's office, and brings with her to the deposition all documents identified in Schedule A attached to this Court's Order of April 25, 2011 [Docket Item 6] and gives her deposition not later than October 3, 2011; failing same, the Court will direct the United States Marshal to execute the arrest warrant and Rivka Bichler a/k/a Rivka Weinstein will be held in civil confinement until she abides by the prior Orders of this Court; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on all parties and Rivka Bichler a/k/a Rivka Weinstein within seven (**7**) days.

                                                **s/ Jerome B. Simandle**
                                                JEROME B. SIMANDLE
                                                U.S. District Judge