**Rivka Bichler Weinstein**
**596 Seton Circle**
**Lakewood, NJ 08701-1525**

September 27, 2011

Hon. Jerome B. Simandle,
United States District Judge
District of New Jersey
4th and Cooper Streets
Camden, NJ 08106

RECEIVED
SEP 29 2011
JEROME B. SIMANDLE
U.S. DISTRICT JUDGE

**Re:  Aron Abecassis, et al. vs. Eliyahu Weinstein, et al**
**Civil Action No.:  1:10-mc-00031-JBS**
**Misc. No. 10-31 (JBS)**

Dear Judge Simandle:

  I am writing you regarding the Order issued by the Court on September 16, 2011 finding me in contempt of court, and ordering me to appear for deposition at the offices of Plaintiff's counsel, Carluccio, Leone, Dimon, Doyle & Sacks, LLC [a copy of which is attached]. I do not have an attorney in this matter, which calls for my arrest in the event that I fail to speak with Plaintiff's counsel.

  On August 12, 2010, I received a target letter from the United States Attorney for the District of New Jersey in Newark, NJ. A copy of this letter, signed by AUSA Mark Coyne, is attached hereto. My understanding is that any statement which I might make to the lawyers in this case would subject me to potential criminal penalties, as suggested by the US Attorney and would incriminate me. To be sure, I will assert my rights under the Fifth Amendment to refuse to answer the questions poised by these lawyers.

  I apologize for not having retained a lawyer of my own. I have six children to support, and I've made a decision to spend all available monies for their support. I also do not have the $1205.00 which you have ordered me to pay for attorneys fees and costs by October 3, 2011. Additionally, any financial records which I may have had have been seized and retained by the United States Attorney when my home was searched in August, 2010. While I've requested the return of my property, all that I've received to date is a broken pair of eyeglasses.

  I am therefore asking that you vacate and set aside your Order of September 16, 2011 [have done some homework], and issue an Order protecting me from further efforts at forcing me to incriminate myself in the above case.

Sincerely yours,

*[signature]*

Rivka Bichler Weinstein

Cc:  Robert L. Gutman, Esq.



**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*Economic Crimes Unit*

---

*Mark E. Coyne*
*Assistant U.S. Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*

*Phone: (973) 297-2002*
*Fax: (973) 297-2045*

August 12, 2010

By Hand

Ms. Rivka Bichler
596 Seton Circle
Lakewood, NJ 08701

   Re:   Investigation of Bank Fraud, Mail Fraud,
         Wire Fraud and Money Laundering Offenses

Dear Ms. Bichler:

   This Office has received information from the Federal Bureau of Investigation and Internal Revenue Service Criminal Investigation that you have participated in a bank fraud, mail fraud, wire fraud and money laundering scheme in violation of 18 U.S.C. §§ 1341, 1343, 1344, 1349, 1956 and 1957.

   By this letter, I seek to afford you the opportunity to contact this Office to discuss these allegations before formal criminal charges are initiated against you. If you wish to discuss this matter with this Office, please contact Assistant U.S. Attorney Zach Intrater at 973-645-2728 or me at 973-297-2002 no later than August 26, 2010. Should you decide to meet with this Office, please be advised that you have a right to have an attorney present during any such interview. If you cannot afford a lawyer, the Court will appoint one for you. If you need appointed counsel, please contact AUSA Intrater or me so that we can notify the Court.

   In the event that AUSA Intrater or I do not hear from you or an attorney acting on your behalf by August 26, 2010, we shall conclude that you do not wish to discuss this matter with our Office. Consequently, we will take action that may result in your being named as a defendant in a criminal case.

                                    Very truly yours,

                                    PAUL J. FISHMAN
                                    United States Attorney

                                    By: Mark E. Coyne
                                    Assistant U.S. Attorney

Rivka Bichler Weinstein
596 Seton Circle
Lakewood, NJ 08701-1525

*Via Fax 732-505-6340*

September 27, 2011

Robert L. Gutman, Esq.
Carluccio, Leone, Dimon, Doyle & Sacks, LLC
9 Robbins Street
Toms River, NJ 08753

**Re: Aron Abecassis, et al. vs. Eliyahu Weinstein, et al.**

Dear Mr. Gutman:

    Attached is a copy of a letter sent to Judge Simandle, asking that the contempt Order issued against me be set aside and vacated. Included is a copy of the referenced target letter sent to me in 2010 by the US Attorney's Office. Please advise me of your position [fax 732-942-8928].

Sincerely,

*[signature]*

Rivka Bichler Weinstein

Cc: Hon. Jerome B. Simandle