Rivka Bichler Weinstein

October 5, 2011

**RECEIVED**

**OCT 0 6 2011**

JEROME B. SIMANDLE
U.S. DISTRICT JUDGE

Hon. Jerome B. Simandle,
United States District Judge
US Courthouse, Room 6010
1 John Gerry Plaza
Camden, NJ 08108

**Re: Aron Abecassis, et al., vs. Eliyahu Weinstein, et al. No. 1:10mc00031-JBS**

Dear Judge Simandle:

I've read the response of the Plaintiff's counsel, dated October 4, 2011, and would appreciate the opportunity of a brief reply.

Most importantly, the very first communication which I've received from the Plaintiff's lawyer was the hand delivered letter dated September 19, 2011 with the Court's attached Order. I am prepared to execute a sworn affidavit to this fact. Notwithstanding the suggestions made by the lawyer, I could not have saved his client costs.

The lawyer may have forgotten to mention that the defendant in the above-styled case, Eliyahu Weinstein, is my husband. We reside together in the same home with our children. He may also have forgotten to disclose that my husband is a defendant in a criminal action [not as yet indicted] pending in the District of New Jersey [Case No. 10-7115 (CLW)]. I have read the cases cited by the Plaintiff's lawyer, and they don't mention the potential quandary which someone in my position is placed when questioned about a matter which is likely fodder for government prosecution.

Finally, the lawyer must have forgotten to discuss the impossibility of my producing documents which have been seized by federal agents, and which have not been returned upon request to date.

Sincerely,

*[signature]*

Rivka Bichler Weinstein

Cc: Robert L. Gutman, Esq. [by fax, 732-505-6340]